UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Scott Biddick, Individually and on Behalf of All Others Similarly Situated, | : : : | Case No. 1:20-cv-08091 |
| Plaintiff, | : : | Judge Vernon S. Broderick |
| v. | : : | |
| Lumondi, Inc., | : : | |
| Defendant. | : | |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to the Class Action Settlement Agreement and Release [ECF No. 42-1] and Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Scott Biddick ("Plaintiff"), individually and on behalf of all others similarly situated, hereby moves this Court for final approval of the proposed class action settlement. In support thereof, Plaintiff relies upon the accompanying Memorandum in Support of Motion for Final Approval of Class Action Settlement ("Memorandum"); Plaintiff's previously filed Motions for Preliminary Approval of Class Action Settlement (ECF 40) and Attorneys' Fees, Litigation Costs and Expenses, and Service Awards (ECF 49), together with their supporting memoranda, declarations, and exhibits; the Supplemental Declaration of Jeanne C. Finegan, APR, Concerning Settlement Administration and Class Member Notification in Connection with Final Approval of Settlement, the Declaration on Behalf of Amazon.com, Inc. Regarding Email Notice; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion. A proposed order granting this Motion is attached as Exhibit A to Plaintiff's Memorandum filed concurrently.

Dated: June 8, 2022                                                       Respectfully submitted,

By: /s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (*pro hac vice*)
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8291
Fax: 513-345-8294
jgoldenberg@gs-legal.com

Todd S. Garber
Bradley F. Silverman
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: 914-298-3281
Fax: 914-908-6709
tgarber@fbfglaw.com
bsilverman@fbfglaw.com

Sean K. Collins (*pro hac vice*)
LAW OFFICES OF SEAN K. COLLINS
184 High Street, Suite 503
Boston, Massachusetts 02110
Telephone: 855-693-9256
Fax: 617-227-2843
sean@neinsurancelaw.com

*Attorneys for the Plaintiff and Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on June 8, 2022, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg